**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

BARIS CAVDAR,

Plaintiff(s),

v.

BABA'S KEBAB HOUSE, INC.,
SALIM GORUR, an individual, and
SALLY GORUR, an individual,

Defendant(s).

Case No. 1:15-cv-08294-RA (JLC)

**STIPULATION FOR**
**EXTENSION OF TIME**

      **IT IS HEREBY STIPULATED** by and between the undersigned attorneys for the respective parties that Defendants' time to answer, move or otherwise respond to the Complaint in this action shall be extended to and include July 21, 2016. It is further stipulated and agreed that Defendants waive only the affirmative defense of defective service of process with respect to the Complaint, and reserve all other defenses, rights, and objections. This is the first request by Defendants for an extension of time to answer, move, or otherwise respond to the Complaint.

Dated: July 5, 2016
     New York, New York

ANDERSONDODSON, P.C.

By: _____
11 Broadway, Suite 615
New York, NY 10004
Phone: (212) 961-7639
Fax:   (646) 998-8051
penn@andersondodson.com

THE OTTINGER FIRM, P.C.

By: _____
401 Park Ave. South
New York, NY 10016
Phone: (212) 571-2000
Fax:   (212) 571-0505
benjamin@ottingerlaw.com

SO ORDERED:

_____
HON. ~~RONNIE ABRAMS~~
JAMES L. COTT
7/7/16